UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21062-CIV-DAMIAN

**J. Q. E.,** *et. al.*,

      Plaintiffs,

v.

**KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security,** *et. al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL AND CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [ECF No. 14], filed June 29, 2026. The Court notes Defendants have not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** in accordance with Plaintiffs' Notice.

The Clerk of Court is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 30th day of June, 2026.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**